# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENISE TURNER BECNEL, on behalf of herself and all others similarly situated § § § § *Plaintiff,* § § v. § § § CU RECOVERY, INC., § § *Defendant.* § | CASE NO.: 1:22-cv-00900 <br><br> NOTICE OF REMOVAL |

## DEFENDANT CU RECOVERY, INC.'S
## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE:

COMES NOW, Defendant CU Recovery, Inc. ("CU") and files its Notice of Removal as follows:

1. Plaintiff, Denise Turner Becnel, filed her class action state-court Complaint on August 25, 2021, in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, Case No. 2021CH04277.

2. This is a civil action based on Plaintiffs' contention that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

3. Removal is proper because this case involved a federal question—an alleged violation of the FDCPA. This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

\

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because CU has filed its Notice of Removal within 30 days of service of Plaintiff's state court Petition. CU was served on January 21, 2022.

6. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in the state court matter are attached as **Exhibit A**.

7. A copy of this Notice of Removal has been sent to Plaintiff's counsel and will be filed with the clerk of the Circuit Court of Cook County, Illinois, County Department, Chancery Division.

8. A jury demand was made in the state court proceeding.

WHEREFORE, PREMISES CONSIDERED, Defendant, CU Recovery, Inc. respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: February 18, 2022            Respectfully submitted,

**MALONE FROST MARTIN PLLC**

s/ PATRICK A. WATTS
PATRICK A. WATTS, IL Bar #6302112
150 S. Wacker Dr., Ste. 2400
Chicago, IL 60606
P: (312) 741-0990
F: (888) 632-6937
pwatts@mamlaw.com

*COUNSEL FOR DEFENDANT*
*CU RECOVERY, Inc.*

\

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF filing system and via electronic mail pursuant to 28 U.S.C. §1446(d) on this 18th day of February, 2022 to:

Daniel Brown
Main Street Attorney, LLC
PO Box 247
Chicago, IL 60690
daniel@mainstreetattorney.com

Michael Wood
Celetha Chatman
Community Lawyers, LLC
980 N. Michigan Ave., Suite 1400
Chicago, IL 60611
cchatman@communitylawyersgroup.com

*Attorneys for Plaintiff*

By:/s/ Patrick A. Watts